1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA AND THE CITY OF WILLITS, | No. C 96-283 SI |
| Plaintiffs, | **ORDER RE: MOTION FOR ORDER MODIFYING FINAL AMENDED CONSENT DECREE** |
| v. | |
| REMCO HYDRAULICS INC, et al., | |
| Defendants. | |

On December 1, 2006, plaintiffs' motion for an order modifying the amended final consent decree came on for hearing. As discussed at the hearing, the Court finds that plaintiffs and defendants have generally shown good cause for the proposed modifications. However, prior to entering a final order on the pending motion, the Court directs plaintiffs to submit a statement regarding whether, and to what extent, the recommendations of the Expert Panel as set forth in the November 2006 report, are being or will be implemented. Plaintiffs' statement must be filed no later than **December 13, 2006**.

**IT IS SO ORDERED.**

Dated: December 5, 2006

_____
SUSAN ILLSTON
United States District Judge