IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA AVILA, *et al.*, | No. C 99-3941 SI |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY *PRIMA FACIE* PLAINTIFFS SHOULD NOT BE DISMISSED** |
| v. | |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST, *et al.*, | |
| Defendants. | |

The Court has received defendants' February 11, 2008 letter. Defendants state that, in light of the Court's Order Granting Defendants' Motion to Strike Declaration of Dr. Levin (Docket No. 658), it is their understanding that the Court will now rule on whether the *prima facie* plaintiffs have submitted evidence sufficient to meet their *prima facie* burden of showing that defendants caused each plaintiff's exposure to a hazardous substance and that such exposure caused injury.

Because Dr. Levin served as the *prima facie* plaintiffs' exposure, causation and injury expert, plaintiffs are hereby ORDERED TO SHOW CAUSE why the *prima facie* plaintiffs should not be dismissed for failure to present a sufficient *prima facie* case. Plaintiffs shall file a response **no later than March 3, 2008**. If defendants wish to respond to plaintiffs' filing, they may do so by **March 13, 2008**. The Court will then take the matter under submission.

**IT IS SO ORDERED.**

Dated: February 22, 2008

SUSAN ILLSTON
United States District Judge