LATHAM & WATKINS LLP
Ernest J. Getto (Bar No. 55662)
ernest.getto@lw.com
Richard W. Raushenbush (Bar No. 134983)
richard.raushenbush@lw.com
Holly J. Tate (Bar No. 237561)
holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
Collie F. James (Bar No. 192318)
collie.james@lw.com
Charity M. Gilbreth (Bar No. 223504)
charity.gilbreth@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendant Pneumo Abex LLC
(successor to Pneumo Abex Corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> REMCO HYDRAULICS, INC., *et al.*, <br> Defendants. | CASE NO. C-96-0283 <br><br> The Honorable Susan Illston <br><br> **STIPULATION AND [PROPOSED] ORDER RELATING CASES** |

## STIPULATION

WHEREAS, an action has been filed in this district entitled *Whitlock, et al. v. PepsiAmericas, et al.*, Case No. C-08-2748 JCS ("*Whitlock*");

WHEREAS, the *Whitlock* case is related to the above-captioned case, *People of the State of California, et al. v. Remco Hydraulics, Inc. et al.* ("*People v. Remco*"), Case No. C-96-0283 SI, because plaintiffs in both actions are seeking remediation of contamination arising from the former Remco Hydraulics facility in Willits, California;

WHEREAS, the *Whitlock* case is also related to *Avila, et al. v. Willits Environmental Remediation Trust, et al.*, Case No. C-99-3941 SI ("*Avila*") (consolidated with *Arlich, et al. v. Willits Environmental Remediation Trust, et al.*, Case No. C-01-0266 SI ("*Arlich*"), and *Nickerman, et al. v. Remco Hydraulics, Inc., et al.*, Case No. C-06-2555 SI ("*Nickerman*")) in that plaintiffs in these actions are alleging personal injury and property damage claims based on alleged contamination arising from the former Remco Hydraulics facility allegedly caused by the same defendants;

WHEREAS, because the *Whitlock* case is the fourth toxic tort action in which plaintiffs have asserted similar claims, the parties to the *Whitlock* case believe that efficiency would be served if the Court were to set an early case management conference in the *Whitlock* case and permit the parties to forego the formalities of the initial disclosure and Rule 26 processes until such case management conference is held.

THEREFORE, subject to Court approval, the parties to the *Whitlock* case STIPULATE that the *Whitlock* case is related to *People v. Remco* and the *Avila* case (consolidated with the *Arlich* and *Nickerman* cases). The parties further STIPULATE to the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 holding of an early case management conference and to the foregoing of the initial disclosure
2 and Rule 26 processes until such case management conference is held.

3

4 Dated: July 11, 2008　　　　　　　　　　　　LATHAM & WATKINS LLP

By _____
Holly J. Tate
Attorneys for Defendant
PNEUMO ABEX LLC (successor to
Pneumo Abex Corporation)

Dated: July 15, 2008　　　　　　　　　　　　WILLIAM SIMPICH, Esq.

By _____
William Simpich
Attorneys for Plaintiffs

Dated: July ___, 2008　　　　　　　　　　　　TESFAYE W. TSADIK, ESQ.

By _____
Tesfaye W. Tsadik
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: _____, 2008

HON. SUSAN ILLSTON
JUDGE, UNITED STATES DISTRICT COURT

SF\663066.1