IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA AVILA, *et al.*, | No. C 99-3941 SI |
| Plaintiffs, | (Consolidated with Case Nos. C 01-266 SI and C 06-2555 SI) |
| v. | **JUDGMENT** |
| WILLITS ENVIRONMENTAL TRUST, *et al.*, | |
| Defendants. / | |

The Court has granted summary judgment in favor of defendants on all remaining claims. Accordingly, judgment is entered in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   June 18, 2009

SUSAN ILLSTON
United States District Judge