IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>REMCO HYDRAULICS INC., *et al.*,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　/ | No. C 96-283 SI<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER MODIFYING THE 2006 AMENDED FINAL CONSENT DECREE TO PERMIT THE FRANK R. HOWARD MEMORIAL HOSPITAL TO USE EXISTING SETTLEMENT FUNDS TO PURCHASE NECESSARY MEDICAL EQUIPMENT** |

　　　　Plaintiffs' motion for an order modifying the 2006 amended final consent decree is scheduled for a hearing on May 18, 2012. Defendants have filed a statement of non-opposition to the motion. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral argument and VACATES the hearing. The Court has reviewed the papers submitted and GRANTS plaintiff's motion as follows:

　　　　1.　　The Amended Final Consent Decree entered by this Court on December 22, 2000, as amended by this Court on or about December 18, 2006, is hereby amended as necessary to permit the existing Settlement Funds identified in the 2006 Amended Final Consent Decree to be used toward the purchase of equipment necessary to provide essential health care services at the New Hospital, such as X-Ray machines, Magnetic Resonance Imaging machines, Defibrillators and other necessary equipment.

2. Other than as set forth herein, the Amended Final Consent Decree, as amended by this Court on or about December 18, 2006, remains in full force and effect.

3. The Court shall retain jurisdiction over the parties and the subject matter of this action for purposes of resolving any dispute(s) regarding implementation of Paragraph 1 of this Order.

This order resolves Docket No. 728.

**IT IS SO ORDERED.**

Dated: May 7, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE