UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>REMCO HYDRAULICS INC, *et al.*,<br><br>  Defendants. | Case No. 96-cv-00283-SI<br><br>**ORDER RE: MAY 6, 2016 HEARING ON MOTION FOR ORDER MODIFYING THE AMENDED FINAL CONSENT DECREE**<br><br>Re: Dkt. No. 770 |

The Court has received a letter from counsel for plaintiff City of Willits, requesting that the Court vacate the May 6, 2016 hearing set for plaintiffs' motion for order modifying the amended final consent decree, and enter the proposed order without a hearing, in light of the fact that there has been no opposition to the motion. Plaintiff's request is prompted largely by the time and expense required to make the trip from Willits to San Francisco.

The Court finds it appropriate to keep the motion on the May 6, 2016 calendar. However, counsel is welcome to appear by telephone, and if counsel wishes to do so, counsel should contact the Court's courtroom deputy, Tracy Kasamoto, at (415) 522-2028.

**IT IS SO ORDERED**.

Dated: April 26, 2016

_____
SUSAN ILLSTON
United States District Judge