

3717 Mt. Diablo Boulevard
Suite 200
Lafayette, CA 94549-3589
925-282-8016 Phone
925-284-0870 Fax

January 13, 2021

**VIA E-FILE**

The Honorable Susan Illston
Judge, United States District Court
Northern District of California
450 Golden Gate Blvd., 19th Floor
San Francisco, California 94102

    Re:    <u>State of California, et al. v. Remco Hydraulics, Inc., et al.</u>
            Case No. 3:96-CV-00283-SI

Dear Judge Illston:

    Please find enclosed an updated proposed agenda and figures for the Court's annual meeting with the Willits Environmental Remediation Trust, scheduled for Thursday, January 21, 2021 at 2:00 p.m via Zoom.

    Attorneys Allison McAdam and A. J. Birkbeck will participate in addition to Anne Farr on behalf of the Trust.

    If you have any questions, please feel free to call me at (925) 282-8013.

                          Very truly yours,

                          *Kristine Parker*

                          Kristine Parker

:ksp
Enclosures

cc:  Anne Farr, Trustee
      See Distribution List

Agenda

Meeting with Hon. Susan Illston, United States District Judge
and the Willits Environmental Remediation Trust

Thursday, January 21, 2021 at 2:00 p.m.
Federal District Court, San Francisco, CA
(via Zoom)

I. Update on Work Completed and Planned for the Site

    A. Remco Main Facility
    B. Page Property
    C. Shell Lane

II. Financial Update

III. Litigation Update

# Willits Environmental Remediation Trust

# Figures for Review, January 21, 2021



CITY OF WILLITS
PAGE PROPERTY
WILLITS, CALIFORNIA

FIGURE 1 — SITE LOCATION MAP

JJ&A — JACOBSON JAMES AND ASSOCIATES
PROJECT NO. 01.WIL.2018 | DATE 1/21/19 | DRAWN BY DPG | APPROVED BY TJ





JJ&A JACOBSON JAMES AND ASSOCIATES

| | | |
|---|---|---|
| TITLE: SELECT SUMMED CHLORINATED VOCs IN A-ZONE GROUNDWATER (OCTOBER 2020) | | DATE: 12/15/20 |
| LOCATION: WILLITS ENVIRONMENTAL REMEDIATION TRUST<br>FORMER REMCO HYDRAULICS, INC.<br>WILLITS, CALIFORNIA | | FIGURE: 7 |

TITLE: **A-ZONE POTENTIOMETRIC MAP (OCTOBER 26, 2020)**

DATE: 12/15/20

LOCATION: WILLITS ENVIRONMENTAL REMEDIATION TRUST
FORMER REMCO HYDRAULICS, INC.
WILLITS, CALIFORNIA

FIGURE: 5

**Legend**

- Property Boundary
- A-Zone Monitoring Well
- Inflow Well
- Extraction Well operating during October 2020
- Extraction Well not operating during October 2020
- Groundwater depression caused by extraction
- Approximate Groundwater Flow Direction
- Approximate Potentiometric Surface Contour (dashed where less certain; one foot interval) (five foot interval shown as double dash)
- Well ID
- 1374.45   Measured Groundwater Elevation (ft-msl)
- Feet above Mean Sea Level
- *   Extraction Well: Midpoint of extraction pump used as water level estimate, if active during water level survey.
- +   Data not used to contour

Wells and elevations:
- W52A 1370.92
- IMW-10 1371.16
- IMW-11 1371.76
- W51A 1371.64
- IMW-03 1372.30
- W27A 1372.06
- IMW-04 1372.00
- W29A1 1374.45
- EW3A 1374.88
- RW-10 1359.73*
- RW-11 1360.21*
- IMW-01 1381.91
- RW-08 1361.85*
- RW-05 1362.91*
- RW-02 1363.27*
- RW-09 1362.13*
- RW-06 1383.43
- EW2A 1363.63*
- MLW-9-1 1379.20
- MLW-9-2 1378.94
- EW4A 1362.93*
- EW5A 1364.32*
- RW-07 1361.79*
- MLW-9-3 1375.64
- FG-2-6 1376.09
- RW-03 1363.76*
- RW-04 1361.93*
- RW-01 1383.79
- EW6A 1374.87
- W28A 1381.97
- IMW-02 1374.64
- MLW-7-1 1374.88
- MLW-6-1 1375.72
- MLW-12-U
- MLW-10-U 1374.81
- MLW-11-U 1375.17
- MLW-15-L 1373.82

FORMER REMCO FACILITY   MAIN BUILDING

SCALE IN FEET   0   30

JJ&A — JACOBSON JAMES AND ASSOCIATES

TITLE: **A-ZONE POTENTIOMETRIC MAP WESTERN PORTION OF SITE (OCTOBER 26, 2020)**

DATE: 12/14/20

LOCATION: WILLITS ENVIRONMENTAL REMEDIATION TRUST FORMER REMCO HYDRAULICS, INC. WILLITS, CALIFORNIA

FIGURE: 5a







Legend
Property Boundary
W32A Well ID
A-Zone Monitoring Well
Total VOCs Concentration Contour greater than 10 µg/L
Note:
1. The following VOC analyses (if detected) were summed, for each location:
1,1,1-Trichloroethane, 1,1,2-Trichloroethane,
1,1-Dichloroethane, 1,1-Dichloroethene, cis-1,2-Dichloroethene,
Tetrachloroethene, Trichloroethene and Vinyl Chloride.
FORMER TEXACO STATION
REDWOOD OIL CHEVRON STATION
SOUTH STREET
HIGHWAY 20
UNOCAL 76 STATION
MAIN STREET U.S. HWY 101
SAFEWAY SERVICE STATION
W49A
W17A
W41A
IMW-13
IMW-09
W18A
IMW-14
FRANKLIN AVENUE
W53A
W19A
IMW-08
IMW-12
W14A
GMX-7A
GMX-2A
10
W52A
IMW-10
IMW-11
W51A
IMW-03
IMW-01
RW-05
IMW-04
W27A
IMW-06
EW1A
W21A
TW5
GMX-1A
W22A
W24A
IMW-07
RW-11
RW-10
RW-02
W29A1
EW3A
RW-08
RW-09
RW-06
EW2A
RW-07
EW5A
RW-04
IMW-02
W28A
FG-2-6
W54A
W12A
EW6A
RW-03
MLW-7-1
RW-01
MLW-6-1
EW4A
MLW-9-3
MLW-9-2
MLW-9-1
MLW-12-U
MLW-10-U
MLW-11-U
MLW-15-L
W38A
RESIDENTIAL
FORMER REMCO FACILITY MAIN BUILDING
CWR RAILROAD
SOUTH DRAINAGE DITCH
RESIDENTIAL
MLW-14-L
WALNUT STREET
N
0 25 50 100
SCALE IN FEET
JJ&A
JACOBSON JAMES AND ASSOCIATES
TITLE:
PREDICTED TOTAL CHLORINATED VOCs IN A-ZONE GROUNDWATER (OCTOBER 2022)
DATE:
12/14/20
LOCATION:
WILLITS ENVIRONMENTAL REMEDIATION TRUST
FORMER REMCO HYDRAULICS, INC.
WILLITS, CALIFORNIA
FIGURE:
18
Path: J:\GIS\Willits\Remco\Reports\Biennial\2020\Figure 18 Predicted Azone VOCs 2022.mxd

JJ&A JACOBSON JAMES AND ASSOCIATES

TITLE: **PREDICTED TOTAL CHLORINATED VOCs IN A-ZONE GROUNDWATER (OCTOBER 2024)**

DATE: 12/14/20

LOCATION: WILLITS ENVIRONMENTAL REMEDIATION TRUST
FORMER REMCO HYDRAULICS, INC.
WILLITS, CALIFORNIA

FIGURE: 19

Path: J:\GIS\Willits\Remco\Reports\Biennial\2020\Figure 19 Predicted Azone VOCs 2024.mxd

**Legend**

- Property Boundary
- B-Zone Monitoring Well
- Location not tested for subject analyte during the monitoring period
- 3.0 — Vinyl Chloride Concentration (µg/L) Annual sampling data collected during October 2019.
- Shading indicates approximate area in groundwater exceeding the California Maximum Contaminant Level for drinking water of 0.50 µg/L.

Note:
Data validation qualifiers are provided on data summary tables.

JJ&A JACOBSON JAMES AND ASSOCIATES

| | | |
|---|---|---|
| TITLE: ***VINYL CHLORIDE IN B-ZONE GROUNDWATER (OCTOBER 2019)*** | | DATE: 2/4/20 |
| LOCATION: WILLITS ENVIRONMENTAL REMEDIATION TRUST<br>FORMER REMCO HYDRAULICS, INC.<br>WILLITS, CALIFORNIA | | FIGURE: **14** |

J:\GIS\Willits\Remco\Reports\Annual\2019\Figure 14 Q4 2019 Bzone Vinyl Chloride.mxd





| TITLE: | DATE: |
|---|---|
| **1,4-DIOXANE IN A-ZONE GROUNDWATER (OCTOBER 2020)** | 12/15/20 |
| LOCATION: | FIGURE: |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST<br>FORMER REMCO HYDRAULICS, INC.<br>WILLITS, CALIFORNIA | 15 |

JJ&A
JACOBSON JAMES AND ASSOCIATES

TITLE: **1,4-DIOXANE IN B-ZONE GROUNDWATER (OCTOBER 2020)**

DATE: 12/15/20

LOCATION: WILLITS ENVIRONMENTAL REMEDIATION TRUST
FORMER REMCO HYDRAULICS, INC.
WILLITS, CALIFORNIA

FIGURE: 16





Legend
Storm Sewer Catch Basin
Monitoring Well
Flushing Well
Extraction Well
Above Grade Equipment at Well Location
Underground Extraction Piping
Aboveground Extraction Piping
Storm Drain
Sanitary Sewer
Planned Trench-cover Re-pavement
Partition
Fence
Roll Up Door
Man Door
Electrical Transformer
Electrical Service Panel
Air Conditioning Unit
Graded Area for Pad
Asphalt
AREA A
Northern Property Redevelopment Area
Southern Property Redevelopment Area
Transportation Corridor
Note:
These files have been created by the Willits Trust for it's own use and make no guarantees or warrant that they are accurate/adequate for any other usage.
NOTE, THE GRADE AT EACH WELL HEAD MUST REMAIN UNALTERED AND THE WELL HEAD MUST BE PROTECTED DURING AND AFTER CONSTRUCTION.
EXISTING ASPHALT
TRENCH FOR PG&E (APPROX. LOCATION)
EXISTING GATE
EXISTING POLE
AREA GRADED FOR FUTURE PAD
EXISTING FENCE
EXISTING WATER SERVICE (APPROX.)
EXISTING CONCRETE PAD
PLANNED TRENCH-COVER RE-PAVEMENT
TREATMENT SYSTEM DISCHARGE POINT
TREATMENT COMPOUND
SECURITY FENCE
NW GATE
EXISTING AC UNITS
PG&E TRANSFORMER
ELECTRICAL SERVICE PANEL
NORTHERN PROPERTY REDEVELOPMENT AREA
SOUTHERN PROPERTY REDEVELOPMENT AREA
TRANSPORTATION CORRIDOR
AREA A GWETS MODIFICATION AREA UNENCUMBERED ACCESS REQUIRED BY TRUST
ABOVE GRADE WATER LINE
STORM DRAIN
APPROXIMATE AREA OF NEW SIDING
SE GATE
SANITARY SEWER
AREA OF OVERHEAD CONDUITS
EXISTING ASPHALT
SECURITY FENCE
Main Street / Highway 101
NOTE, MLW-7-1 IS LOCATED IN THE AREA OF THE NEW CONCRETE PAD. THE GRADE AT THIS WELL MUST REMAIN UNALTERED AND THE WELL HEAD MUST BE PROTECTED DURING AND AFTER CONSTRUCTION.
IMW-09
IMW-13
IMW-14
IMW-08
IMW-10
IMW-12
W14A
W8B
GMX-7A
GMX-2A
GMX-4B
GMX-1A
IMW-11
W52A
W51A
W2B
W29A1
W29B1
IMW-03
EW3B
RW-11
RW-10
IMW-04
W27A
IMW-06
W31B
W21A
BB
TW5
EW1A
EW1B
EW4B
W22
W24A
IMW-07
W30B
W12A
W12B
W54A
W38A
IMW-01
RW-08
RW-09
RW-05
RW-02
RW-06
EW3A
EW4A
W56B
EW2A
MLW-9-1
MLW-9-2
MLW-9-3
RW-01
EW5A
RW-07
RW-03
W28B
RW-04
W28A
EW6A
IMW-02
FG-2-6
MLW-7-1
MLW-6-1
MLW-10U
MLW-12-U
MLW-11U
W55B
MLW-15-L
MLW-14-L
0 FEET 80
SCALE
JJ&A
JACOBSON JAMES AND ASSOCIATES
TITLE:
ARCHWAY PROPERTY
DATE:
12/8/20
LOCATION:
WILLITS ENVIRONMENTAL REMEDIATION TRUST
FORMER REMCO HYDRAULICS, INC.
WILLITS, CALIFORNIA
FIGURE:
1
J:\GIS\Willits\Remco\Reports\Archway\LeaseArea_2020Dec.dwg

Path: J:\GIS\Willits\PageProperty\Reports\2020\Sep-Annual\Figure 06 PPGW Q3 2020 BZone HexCr.mxd

JJ&A
JACOBSON JAMES AND ASSOCIATES

WILLITS ENVIRONMENTAL REMEDIATION TRUST
PAGE PROPERTY
WILLITS, CALIFORNIA

| PROJECT NO. | DATE | DRAWN BY | APPR. BY |
|---|---|---|---|
| WIL.2020 | 8/10/20 | DPG | TJ |

FIGURE 6

**HEXAVALENT CHROMIUM IN B-ZONE GROUNDWATER (JULY 2020)**

**DISTRIBUTION LIST**

| | |
|---|---|
| H. James Lance<br>Attorney for the City of Willits<br>3000 Robinson Creek Road<br>Ukiah, CA 95482<br>Facsimile No.: (707) 462-9386 | Kodi Jean Verhalen<br>Shareholder<br>Taft Stettinius & Hollister LLP<br>2200 IDS Center, 80 South 8th Street,<br>Minneapolis, MN 55402 |
| Stuart I. Block, Esq.<br>Stice & Block LLP<br>2335 Broadway, Suite 201<br>Oakland, CA  94612<br>Facsimile No.: (510) 735-0040 | |