# THE WILLITS ENVIRONMENTAL REMEDIATION TRUST

An Instrumentality of the United States District Court for the Northern District of California
Created by Order of U. S. District Court Dated August 22, 1997, 2000, As Amended.

———

692 Russell Drive, Folsom, CA 95630

———

December 14, 2021

**VIA EMAIL AND U.S. MAIL**

Troy L. Chute, Trustee
Stanray QSF
1101 Pennsylvania Ave., 3rd Floor
Washington, DC 20004-2541

Subject: People of the State of California, et al. v. Remco Hydraulics, Inc. et al.
U. S. District Court Case No. C-96-0283-SI (N.D. Cal) ("Remco Action")
Request for 2022 Funding

Dear Mr. Chute:

The Willits Environmental Remediation Trust ("Willits Trust") was created in 1997 by the U.S. District Court for the Northern District of California pursuant to a Final Consent Decree and a Trust Declaration. The primary obligation of the Willits Trust is to fully characterize and address any threat to human health or the environment posed by historical operations at the former Remco Hydraulics, Inc. facility, located at 934 South Main Street, Willits, California ("Remco Facility"), and the surrounding area, which may have been impacted by those operations (collectively the "Site"). The Final Consent Decree has been amended twice. Further, the Remedial Defendants have agreed that the Site includes the Remco Facility and contiguous property impacted by former Remco operations, and three properties not contiguous with the Remco Facility ("Off-Facility Properties") in the Willits area at the following locations: 266 Shell Lane ("Shell Lane Property"); 475 E. San Francisco Avenue ("San Francisco Avenue Property"); and 3920 Canyon Road ("Page Property"). For purposes of this Request for 2021Funding, the "Site" includes the Remco Facility and the Page Property, where it is anticipated that work by the Willits Trust will be performed in 2022.

Together, the Amended Final Consent Decree ("AFCD") and the Trust Declaration form the legal framework for the Willits Trust's operations. Pursuant to the AFCD, the Willits Trust is required to "comply with any and all applicable federal law, rule, regulation, order of the U.S. District Court or any valid and applicable state or local requirements."[1] The State of California Regional Water Quality Control Board, North Coast Region ("RWQCB") previously issued cleanup and abatement orders ("CAOs") to Whitman Corporation and Pneumo Abex for the investigation and remediation of the Site. Under the terms of the AFCD, the Willits Trust assumed the obligations of Whitman Corp. and Pneumo Abex to conduct the work required under the CAOs.

---

[1] See Sections VI.A.2. and XVIII of the Amended Final Consent Decree.

In 2016 the AFCD was modified and the Stanray Qualified Settlement Fund ("QSF") was established to provide adequate funding for all work performed by the Willits Trust under the AFCD and CAOs.

The purpose of this letter is to inform the QSF that remaining funds in the Corpus of the Willits Trust[2] are not sufficient to cover the costs and other obligations of the Willits Trust for the twelve (12) month period commencing January 1, 2022 and ending December 31, 2022 ("2022 Funding Period") to conduct the work necessary to be performed to meet the requirements for the investigation and remediation of the Site, as required by the AFCD and by the CAOs issued by the RWQCB. This letter summarizes the scope of work, schedule, and budget for the work proposed to be conducted by the Willits Trust during the 2022 Funding Period.

*Budget Summary*

The following budget has been determined by the Trustee of the Willits Trust, AMF Remediation Corporation, to be necessary and appropriate for the work required to be conducted during the 2022 Funding Period. All of the activities of the Willits Trust are required to be carried out as set forth in the AFCD, the CAOs, and applicable law, in a manner consistent with the National Contingency Plan ("NCP").

The total 2022 budget is $415,300. The budget is comprised of five main elements: Technical; Site Administration & Insurance; Trust Administration; Regulatory Oversight; and Litigation, as summarized below.

I. **Technical Budget - $ 91,700, which is comprised of:**
   Project Management - $ 55,000
   Community Relations - $ 7,200
   Site Inspection & Maintenance Program - $6,900
   Remco - Monitoring and Reporting & Well Abandonment - $ 91,800
   Remco - Final Remedy Implementation - $ 8,500
   Off-Facility Work - $ 0
   Technical Contingency - $ 38,300

II. **Site Administration & Insurance - $ 44,600**

III. **Trustee Administration - $ 64,000, which is comprised of:**
   Trustee Budget - $ 29,000
   General Counsel Budget - $ 29,000
   Remedial Counsel Budget - $ 6,000

---

[2] Pursuant to Section III. C. of the AFCD, the term "Corpus of the Willits Trust" shall mean all amounts, claims, causes of action, choses in action, things in action, rights, or property of whatever nature, as well as any interest earned or accrued thereon or income derived therefrom, which now or hereafter shall be deposited with, or otherwise accrue to or be acquired by, the Willits Trust.

Troy L. Chute
Request for 2022 Funding
December 14, 2021
Page 3

**IV.     Regulatory Oversight - $ 15,000, which is comprised of:**
        State and County Regulatory Agency Budget - $ 15,000

**V.      Litigation Budget - $ 0**

The amounts budgeted and proposed for each task (as summarized above) are based on the currently projected work schedule and projected costs for the work.

*Technical Budget*

The major components of the Technical Budget are set forth below.  Each of these activities is based upon specific requirements and mandates set forth in the AFCD, other Orders of the U.S. District Court, and/or applicable or statutory requirements.  See Table 1 for a summary of the 2022 scope of work.

In addition to work associated with the Remco Facility, the Willits Trust has conducted investigations at three (3) Off-Facility Properties in the Willits area not contiguous with the Remco Facility:  the San Francisco Avenue Property; the Shell Lane Property; and the Page Property.  In 2008, the Willits Trust received a "No Further Action" determination from the RWQCB for the San Francisco Avenue Property, indicating that all work had been successfully completed by the Willits Trust at the San Francisco Avenue Property.  The Willits Trust does not anticipate any expense associated with potential additional work at the San Francisco Avenue Property in 2022.

On December 7, 2007, the Willits Trust requested a "No Further Action" designation from the RWQCB for work conducted at the Shell Lane Property.  In 2011, the RWQCB indicated that additional data may be required to be collected at the Shell Lane Property prior to the RWQCB issuing a No Further Action designation as it relates to former Remco operations at the Shell Lane Property.  The Willits Trust is waiting for completion of investigation activities being conducted by the Shell Lane Property owner, unrelated to any former Remco operations at the property, to determine whether these will be sufficient to meet the RWQCB's data needs.  At this time, the Willits Trust does not anticipate any expense associated with potential additional work at the Shell Lane Property in 2022.

On August 24, 2020, the Willits Trust requested a "No Further Action" designation from the RWQCB for work conducted at the Page Property.  The RWQCB responded on February 4, 2021 with a  Notice of Proposed No Further Action.  Accordingly, the Willits Trust  has removed all aboveground improvements at the Page Property and is scheduled to complete the destruction of all monitoring wells in 2021 The discharge permit for the subject property is inactive and is scheduled to be rescinded by the RWQCB Board during a board meeting scheduled for March 2022.  No additional work in anticipated at the Page Property in 2022.

Troy L. Chute
Request for 2022 Funding
December 14, 2021
Page 4

The work described in this memorandum is anticipated to be conducted at the Remco Facility in 2022.

Project Management.  In 2022, technical project management tasks expected to be performed at the Site include:
- the direction and coordination of all activities associated with the Remco Facility as well as other locations that may be designated as part of the Site;
- Coordination of work with Archway Properties, the Former Remco Hydraulics Facility property owner;
- preparation of quarterly project status reports to be submitted to the RWQCB, the City of Willits, and Pepsi-Cola Metropolitan Bottling Company, Inc. ("Pepsi")[3];
- assistance in the preparation of the annual summary report to the U.S. District Court;
- development and maintenance of a project schedule and budget;
- attendance at meetings and communications with the Willits Trust and others;
- coordination and communication with regulators and the Lead Public Agency;
- communication with the regulators and preparation of responses to regulator demands and requests (as necessary and as required by the AFCD and subsequent orders of the U.S. District Court);
- assistance to the Willits Trust in obtaining public and private property access agreements;
- preparation of requests for bids for work to be conducted at the Site, review of bids, preparation of recommendations for contractor selection, and assistance in negotiation of contracts; and,
- technical support in the preparation for conferences with the U.S. District Court and presentations to the U.S. District Court during these conferences.

Community Relations.  The Community Relations Plan ("CRP") includes the following key activities:
- maintenance of a toll-free information phone line and documenting and responding to all phone calls received via the toll-free phone line;
- maintenance of a website that provides information to the interested public regarding work being conducted at the Site and an electronic document database for the project, accessible to the public;
- periodic conference calls with Settling Parties and updates, as requested, regarding the work already conducted and any proposed work anticipated by the Willits Trust;
- participation in Willits City Council Meetings at the City Council's request, providing the City Council and the public with summaries of the work conducted to date, project budget status, and proposed work;
- preparation of mailings informing interested parties of ongoing work at the Site (referred to as "Advance Notice Fliers"); and,

---

[3] Pepsi merged with PepsiAmericas, Inc. which was the legal successor to Remedial Defendant Whitman Corporation, having previously merged with Whitman Corporation.

Troy L. Chute
Request for 2022 Funding
December 14, 2021
Page 5

- preparation of fact sheets, public notices, and special public meetings, as necessary, following significant activities and the release of milestone reports.

Site Inspection and Maintenance Program.  Site inspection and maintenance of the Remco Facility is required by the RWQCB's CAO No. 98-59 and CAO No. 99-55.  In 2016, the Willits Trust sold the former Remco Facility and contiguous properties to the north owned by the Willits Trust ("Trust-Owned Property") to Archway Properties ("Archway").  The responsibility for maintenance of the former Trust-Owned Property has therefore been transferred to Archway.  Archway is currently in the process of redeveloping portions of the Remco Facility for reuse.  Accordingly, the Trust ceased operation of its electronic security system at the former Remco Facility in 2018.  In 2022, the Trust intends to continue to conduct routine maintenance of the Trust-owned fencing to ensure security of the ongoing Willits Trust operations.  The interior of the Remco Facility will be inspected weekly, including an evaluation of the Groundwater Extraction and Treatment ("GWET") system at the former Remco Facility, and general conditions at the Property that could affect the Willits Trust operations.

Periodic Monitoring and Reporting.  Periodic monitoring and reporting are being conducted at the Remco Facility, as required by the AFCD and CAO for this property. The monitoring program  at the Remco Facility will include groundwater monitoring and reporting of the collected data.  The annual report for the Remco Facility will be produced in February 2022.  The remedial equipment associated with the former Remco Facility will be inspected during routine sampling events.  As required by the RI/FS Workplan, data collected under the periodic monitoring program will be validated and all data will be entered into the Site database.

The 2022 budget includes a detailed review of the monitoring program at the Remco property and preparation of proposals to the RWQCB for destruction/abandonment of monitoring wells and modifications to the required monitoring program in 2023.  Lastly, all Investigation Derived Residuals (IDRs) will be characterized, manifested, transported and disposed, in accordance with the IDR Management Plan and in compliance with applicable law.

Remedial Investigation ("RI").  The AFCD requires that a remedial investigation be conducted for the Site in a manner consistent with the NCP.  The RI Report for the Remco Facility was completed in 2002.  The RI Report for the Page Property was completed in 2008.  The Willits Trust continues to collect additional data, as necessary, to meet the requirements of the AFCD for full Site characterization as it continues to perform work at the Site.

Baseline Risk Assessment ("BLRA").  The AFCD requires that a BLRA be conducted, in a manner consistent with the NCP, to evaluate the potential adverse human health and ecological effects caused by hazardous substance releases from the Site in the absence of any actions to control or mitigate these releases.  In 2004, the Willits Trust completed a Risk Assessment for the San Francisco Avenue Property, in 2007 the Willits Trust completed a Risk Assessment for the Remco Facility and the Shell Lane Property, and in 2012 the Willits Trust completed the risk assessment for the Page Property.  No additional risk assessments are anticipated.

Troy L. Chute
Request for 2022 Funding
December 14, 2021
Page 6

Treatability Study ("TS").   The AFCD requires that a Treatability Study ("TS") be conducted, if necessary and appropriate, to obtain sufficient data to enable potential treatment alternatives to be fully identified and evaluated and to obtain sufficient data to support remedial design.  No treatability studies are anticipated for 2022.

Feasibility Study ("FS").  The AFCD requires that a FS be conducted, using the data generated during the RI, the BLRA, and the TS, to develop and analyze remedial alternatives.  The Willits Trust completed the FS for the Remco Facility in 2011 and the FS for the Page Property was completed in 2013.  No additional feasibility studies are anticipated.

Remedial Action Plan ("RAP") and Remedial Design ("RD").  The AFCD requires that a RAP and RD be prepared consistent with the NCP.  The Willits Trust completed the RAP/RD for the Remco Facility and a separate RAP/RD for the Page Property in 2015.  No modification to the RAP or RD is anticipated in 2022.

Final Remedial Actions at the Remco Facility.

*Groundwater Extraction and Treatment ("GWET") System*.  The Willits Trust will continue to operate the existing groundwater extraction and treatment system at the Remco Facility in 2022.  Operation and maintenance of the treatment system in 2022 is anticipated to include routine field oversight and maintenance, collection and analysis of influent, midfluent, and effluent samples and annual reporting of the results.  The Willits Trust modified the groundwater extraction system in 2021 and will continue to operate and modify the system as necessary to expedite the cleanup of 1,4-dioxane.  The 2022 budget includes limited funding for modifications to the system, as necessary.

*In-situ Treatment of VOCs*.  The Willits Trust has conducted in-situ injections in numerous areas of the Remco Facility to promote enhanced biodegradation of VOCs and reduction of hexavalent chromium in groundwater.  These injections have been effective at reducing hexavalent chromium in groundwater to non-detectable levels and enhancing the degradation of VOCs in groundwater at the Remco Facility.  Currently, the Willits Trust does not anticipate conducting additional injections.

### *Site Administration and Insurance*

Site Administration activities include the payment for all utilities required for operation of the remediation systems at the Site, as well as for accounting and tax return preparation services, and the performance of an annual audit of Willits Trust expenditures.  Funding for these expenditures is included in the Site Administration budget.

The AFCD also requires the Willits Trust to carry the following types of insurance policies, subject to the discretion of the Trustee as to the types and amounts of coverage:  Commercial General Liability, Excess Liability, Directors & Officers (provides protection for the fiduciary errors of the Trustee), and Pollution Legal Liability (provides protection from claims arising

Troy L. Chute
Request for 2022 Funding
December 14, 2021
Page 7

during the performance of the work at the Site). The AFCD provides requirements for coverage but establishes that the Trustee has discretion to review the adequacy of the insurance and adjust the amount of insurance carried by the Trust.

The Trust's Commercial General Liability policy is current through February 2022 when it will need to be renewed.

The Trust's Directors & Officers policy recently was renewed and is current through September 2022.

The Willits Trust previously had an AIG-issued Pollution Legal Liability Insurance policy, which also included errors and omission coverage, effective from February 2015 through February 2018. The Willits Trust was unable to renew its Pollution Legal Liability Insurance Policy through AIG in 2018 because AIG stopped offering the same or similar coverage and no other carriers offered similar coverage to the Trust. In 2018, the Willits Trust obtained a Contractor's Pollution Liability (CPL) policy through Ironshore. This policy would respond to claims against the Trust arising out of pollution conditions caused or made worse during the course of the Trust's contractors' operations at the Site and also includes disposal liability for waste disposed offsite and transportation liability for waste/products transported to and from the Site. The Trust's CPL policy has a three year policy period and is current through February 2024.

The Willits Trust no longer carries Excess Liability insurance. A number of conditions have changed and most significantly since 2016 the Trust no longer owns the Remco Facility, so the Trust did not renew or obtain a new Excess Liability insurance policy after the sale of the Remco Facility. The Trust maintains a Commercial General Liability policy because the Trust still has operations and equipment at the Site.

In addition to the AFCD required insurance, the Willits Trust previously carried a Property Policy for the Remco Facility (which provides protection for damage or destruction of the structures on the Remco Facility). Since the Trust sold the Remco Facility in 2016, it no longer maintains a Property Policy.

For this 2022 Budget, the Willits Trust has assumed that annual insurance costs for Commercial General Liability and Directors & Officers policies will be approximately the same as the premiums paid in 2021. .

*Trustee Administration Budget*

The Trust Administration budget includes work to be performed for Trustee, General Counsel, and Remedial Counsel activities, as summarized below.

<u>Trustee Budget.</u> The Trustee budget includes funds for general project oversight, directing all project work, reviewing and approving all invoices, reviewing all project contracts and work

Troy L. Chute
Request for 2022 Funding
December 14, 2021
Page 8

orders and approving same with participation of legal counsel, preparation of the scope of work and budget for the 2022 calendar year, preparation of an annual summary report to the U.S. District Court, preparation for and participation in public meetings, status conference and hearings before the U.S. District Court and regulators, and requests for additional funding, if necessary.

General Counsel Budget.  The General Counsel budget includes general, financial, and insurance administration, and oversight of litigation.  This is separate from the function of the Trust's Remedial Counsel, which is primarily to provide legal advice concerning compliance with the AFCD, consistency of the work with the NCP, and compliance with environmental statues, regulations, and applicable guidance.  The Trust's General Counsel performs all of the Trust's other legal work, including overseeing all litigation activities involving the Trust, and assessing and responding to potential or threatened litigation or claims.  Some of the legal work that the General Counsel assists the Trust with include: (1) litigation avoidance counseling; (2) insurance communications, analysis and negotiations: (3) purchasing real estate; (4) obtaining and maintaining necessary site access with third parties for the work, including handling relocation of persons, if necessary; (5) insurance recoveries; (6) assisting with preparation of the Trust's financial audit; and, (7) reviewing and approving invoices from the Trustee, the Site Project Manager and certain other consultants for the Trust.

Remedial Counsel Budget.  The AFCD also requires that the Willits Trust retain legal counsel to act as the Remedial Counsel for the Willits Trust.  Remedial Counsel activities for calendar year 2022 are anticipated to include regulatory compliance support associated with the Willits Trust's work at the Site.  Remedial Counsel also may be involved in any legal disputes which may arise between the Willits Trust and regulators or Settling Parties regarding the nature or scope of the work conducted by the Willits Trust, including interpretation of the AFCD, jurisdictional issues, settlement, and notice issues.  Finally, Remedial Counsel also may provide limited assistance to General Counsel, as directed, in the Willits Trust's defense of third-party actions.

*Regulatory Oversight Budget*

The City of Willits and state regulatory agencies oversee the work conducted by the Willits Trust.  Based on an agreement between the City of Willits and Pepsi, the Willits Trust is no longer required to pay for the City of Willits oversight fees on the project.  Applicable California law allows the RWQCB (and the Department of Toxic Substances Control which previously has been involved) to seek their regulatory oversight costs.  The Willits Trust anticipates the costs for regulatory oversight by the RWQCB to be approximately $15,000 for calendar year 2022.

*Administrative, Oversight & Insurance Contingency*

The 2022 budget for the administrative, oversight and insurance costs, described above, is based on estimates and is not based on any fixed bids for a pre-specified scope of work.  No technical contingency is included in the budget explicitly for the administration, oversight or insurance.  If

necessary, the Willits Trust will utilize the technical contingency budget for any additional expenses in this category.

**Litigation Budget**

The total anticipated litigation costs for 2022 are estimated to be $ 0. That is because the *Lloyds Action*[4] has been resolved, the Willits Trust was dismissed from the *Avila Action*,[5] and no new litigation is anticipated at this time. This budget is based on the Willits Trust's assumption that it will not be brought into new litigation, either as a party or as an indemnitor, and that there will be no further litigation work conducted by the Trust associated with either the *Lloyds Action* or the *Avila Action*.

*Lloyds Action.* Following settlement and the subsequent modification of the AFCD, the *Lloyd's Action* was dismissed in June 2016.

*Avila Action.* The Willits Trust was required to defend itself in the *Avila Action*, in order to protect and preserve the Corpus of the Willits Trust, as required pursuant to Section VI.A.1 of the AFCD. The Willits Trust entered into an agreement with the plaintiffs to dismiss the Willits Trust without prejudice from the *Avila Action* pursuant to an agreed upon order entered by the U.S. District Court. In 2003, the plaintiffs in the *Avila Action* voluntarily dismissed the Willits Trust from the litigation with prejudice, subject to certain limited requirements. In exchange for the dismissal, the agreed order requires the Willits Trust to continue to perform certain activities as if it were still a party to the *Avila Action*. The Willits Trust has continued to perform these activities, as required by the AFCD and under the ongoing review of the U.S. District Court. All of the claims of the plaintiffs have since either been dismissed or settled. Dismissal of the Willits Trust from the *Avila Action* substantially reduced the Willits Trust's litigation costs.

*Potential or Threatened Future Litigation/Claims.* The Willits Trust is not aware of any potential or threatened future litigation or claims. This budget assumes no new litigation or claims. In the event any new litigation or claims materialize, the litigation budget likely would be greater than $0.

*Conclusion*

This request for 2022 funding is intended to inform the QSF that remaining funds in the Corpus of the Willits Trust[6] are not sufficient to cover the costs of the work and other obligations of the Willits Trust for the twelve (12) month period commencing January 1, 2022 and ending

---

[4] *People of the State of California and the City of Willits v. Lloyd's of London and Certain London Market Insurers*, California Superior Court for Sonoma County, Case No. SCV 217769 ("*Lloyds Action*")

[5] *Donna M. Avila, et al. v. Willits Environmental Remediation Trust, et al.*, United States District Court, Northern District of California, Case No. C-99-3941-SI. ("*Avila Action*")

[6] Pursuant to Section III. C. of the AFCD, the term "Corpus of the Willits Trust" shall mean all amounts, claims, causes of action, choses in action, things in action, rights, or property of whatever nature, as well as any interest earned or accrued thereon or income derived therefrom, which now or hereafter shall be deposited with, or otherwise accrue to or be acquired by, the Willits Trust.

Troy L. Chute
Request for 2022 Funding
December 14, 2021
Page 10

December 31, 2022 ("2022 Funding Period").  In order to meet its on-going obligations to conduct the work, the Willits Trust is issuing this letter formally requesting additional funding reasonably necessary to meet its operational needs during the 2022 Funding Period.  The Willits Trust is tendering this funding request to you as the Trustee for the Stanray QSF.

*Amount Requested*

As specified in this letter, the Willits Trust anticipates that the total funding required for work during the 2022 Funding Period is $415,300.  These requested funds account for all anticipated technical, administrative, litigation, and regulatory oversight costs for the 2022 Funding Period.

*Schedule of Payment*

The Willits Trust requests that the 2022 Funding be made in quarterly payments of one hundred three thousand eight hundred and twenty-five dollars ($ 103,825.00) on the first day of each quarter (January, April, July and October) 2022.

Should the QSF have any questions, please do not hesitate to contact me at (916) 805-5856.  The Willits Trust looks forward to receiving a response from the QSF prior to the close of business on December 31, 2021 in order for the Willits Trust to continue its work at the Site.  Thank you in advance for your prompt attention to this matter.

Sincerely,

Willits Environmental Remediation Trust
AMF Remediation Corporation
A Delaware corporation,
Its Trustee

By

_____
Anne M. Farr, Ph.D.
Its President

Enclosures:

Willits Environmental Remediation Trust 2022 Budget
Willits Environmental Remediation Trust 2022 Project Schedule

Troy L. Chute
Request for 2022 Funding
December 14, 2021
Page 11


cc:
The Honorable Susan Illston, U.S. District Court
Brian Bender, City of Willits
Kodi Verhalen, Briggs & Morgan
David Patrick, Pepsi Cola Metropolitan Bottling Company, Inc.
Keith Odenweller, Pneumo Abex LLC
Stuart Block, Stice & Block, LLP
Allison McAdam, Van Ness Feldman LLP
Former Remco Facility Document Depository

Table 1
Summary of Proposed Scope of Technical Work
January 1, 2022 - December 31, 2022

| Tasks | Activities | Description |
|---|---|---|
| Project Management | General | · Project planning and scheduling and support for the Willits Trust<br>· Periodic project updates among the Settling Parties<br>· Negotiate and secure contracts to conduct the work in a cost-effective and efficient manner |
| Project Management | Periodic Reporting | · Prepare quarterly and annual reports documenting the work conducted at the Site |
| Project Management | Status Conferences and Hearings | · Status conference(s) with the U.S. District Court |
| Project Management | Regulatory Communications | · Communications with the City of Willits, Mendocino County, RWQCB, DTSC, DHS, EPA and other regulatory agencies and response to Orders, as required<br>· Quarterly status calls and an annual status meeting with the RWQCB |
| Community Relations Program | General | · General community relations activities, including maintenance of a toll-free phone number to respond to public inquiries<br>· Maintain a website documenting work conducted by the Willits Trust |
| Community Relations Program | Fact Sheets, Advance Notice Fliers & Public Notifications | · Preparation and publication of Fact Sheets summarizing significant work planned and/or completed at the Site and milestone reports<br>· Preparation and publication of Advance Notices for planned Site activities<br>· Preparation and publication of public notices, as required by the AFCD |
| Community Relations Program | Document Depository | · Maintain Site Administrative Record<br>· Maintain an electronic document depository on the Willits Trust website, WillitsTrust.org |
| Remco - Main Facility | | |
| Site Inspection and Maintenance | Site Inspections | · Conduct weekly inspections of the Remco Facility to evaluate conditions of facility interior, including operation & monitoring of GWET system. |
| Site Inspection and Maintenance | Routine Maintenance | · Routine inspections and maintenance of Trust-owned fencing at the Site. |
| Periodic Monitoring and Reporting | Field Monitoring and laboratory analyses | · Monitoring of water levels and water quality parameters in Site monitoring wells<br>· Collection and laboratory analysis of groundwater samples from select monitoring wells semi-annually, annually, or biennially |
| Periodic Monitoring and Reporting | Reporting | · Prepare and submit annual reports summarizing groundwater monitoring data |

| Tasks | Activities | Description |
|---|---|---|
| Remedial Investigation | Data Validation and Database Management | · Validate data consistent with the Project QAPP<br>· Enter new analytical data into existing database<br>· Maintain database and prepare data summaries as needed |
| Remedial Investigation | IDR Management | · Characterize, manifest, transport and dispose of IDR wastes generated during Site investigation and remediation in accordance with applicable law |
| Remedial Investigation | Field Investigation | · Additional data collection, as necessary, to characterize the contamination at, and emanating from, the Remco Site<br>· Prepare proposal for Destruction of Monitoring Wells in 2023 |
| Final Remedy | Groundwater Extraction & Treatment | · Ongoing operation and maintenance of groundwater extraction and treatment system<br>· Modifications to Extraction and Treatment System, as necessary, to increase efficiency of remediation, as necessary and appropriate |
| Final Remedy | In-Situ Reduction | · Continued monitoring of effectiveness of the enhanced in-situ VOC biodegradation injections implemented previously at the Site |

# Willits Environmental Remediation Trust
## Project Schedule

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 1 | Project Management | Mon 3/2/98 | Fri 12/25/26 |
| 2 | Reporting | Mon 3/2/98 | Fri 12/25/26 |
| 3 | Quarterly Status Reports | Mon 1/3/22 | Mon 1/27/25 |
| 47 | Annual Report to Court | Mon 3/2/98 | Fri 12/25/26 |
| 78 | Meetings | Fri 1/1/21 | Thu 4/17/25 |
| 102 | Notices of Additional Qualified Payment/Funding Requests | Mon 9/3/01 | Thu 12/5/24 |
| 108 | Community Relations Program | Mon 9/1/97 | Tue 12/31/24 |
| 109 | Establish & Maintain Hot Line | Mon 11/17/08 | Wed 3/15/23 |
| 110 | Issue Public Notices | Sun 11/4/07 | Wed 3/15/23 |
| 111 | Fact Sheets | Fri 6/12/98 | Thu 4/16/15 |
| 154 | Document Depository/Administrative Record | Mon 9/1/97 | Tue 12/31/24 |
| 162 | City Council Meetings | Wed 11/11/98 | Wed 7/31/19 |
| 182 | DHS - Site Team Meetings | Thu 11/30/00 | Wed 3/29/06 |
| 195 | Public Meetings | Tue 6/23/98 | Thu 9/4/08 |
| 209 | REMCO MAIN FACILITY | Fri 8/22/97 | Mon 11/3/25 |
| 210 | SITE INSPECTION, MAINTENANCE & IMPROVEMENT | Mon 12/1/97 | Fri 12/30/22 |
| 253 | RI/FS WORK PLAN | Fri 8/22/97 | Fri 8/28/98 |
| 259 | PRELIMINARY ENDANGERMENT ASSESSMENT | Mon 8/31/98 | Fri 8/11/00 |
| 263 | REMEDIAL INVESTIGATION | Wed 4/1/98 | Wed 9/22/10 |
| 374 | TREATABILITY STUDY | Tue 9/14/99 | Fri 3/30/07 |
| 395 | IRAs | Wed 2/18/98 | Thu 6/18/15 |
| 642 | RISK ASSESSMENT | Mon 9/3/01 | Wed 12/13/06 |
| 682 | FEASIBILITY STUDY | Fri 8/26/11 | Wed 11/30/11 |
| 689 | REMEDIAL ACTION PLAN/REMEDIAL DESIGN | Fri 3/6/15 | Fri 6/12/15 |
| 697 | IMPLEMENT FINAL REMEDY | Mon 6/15/15 | Mon 11/3/25 |
| 698 | VOC In-Situ Remediation | Mon 6/15/15 | Fri 2/10/23 |
| 699 | Building Remediation | Mon 6/15/15 | Fri 4/12/19 |
| 700 | Groundwater Extraction and Treatment System | Sun 5/21/17 | Mon 11/3/25 |
| 791 | MONITORING AND REPORTING | Mon 9/25/00 | Mon 5/12/25 |
| 792 | Periodic Monitoring | Mon 9/25/00 | Mon 5/12/25 |
| 869 | CLOSURE | Mon 9/3/01 | Fri 8/1/25 |
| 870 | NFA APPLICATIONS | Mon 9/3/01 | Mon 6/2/25 |
| 884 | Well Destruction | Wed 11/17/21 | Tue 7/15/25 |
| 912 | Demolition of Extraction System (Post NFA Approval) | Thu 4/3/25 | Fri 8/1/25 |
| 916 | OFF-FACILITY INVESTIGATIONS | Tue 11/14/00 | Tue 1/25/22 |
| 917 | E. SAN FRANCISCO AVENUE | Tue 11/14/00 | Thu 3/6/08 |
| 947 | SHELL LANE | Tue 11/14/00 | Fri 5/14/21 |
| 948 | RWQCB Issue Order | Tue 11/14/00 | Tue 11/14/00 |
| 949 | Investigation Activities | Mon 9/3/01 | Thu 8/24/06 |
| 963 | Shell Lane RA (Addendum to BLRA) | Mon 1/8/07 | Fri 9/28/07 |
| 966 | No Further Action | Thu 10/18/07 | Fri 5/14/21 |
| 972 | PAGE PROPERTY | Mon 6/4/01 | Tue 1/25/22 |
| 973 | Request for Work | Wed 11/19/03 | Fri 1/30/04 |
| 976 | Investigation | Mon 2/2/04 | Sat 11/22/08 |
| 1003 | Monitoring and Reporting | Mon 6/4/01 | Fri 1/22/21 |
| 1150 | Treatability Studies | Mon 7/21/08 | Fri 1/15/10 |
| 1167 | IRAs | Wed 7/11/01 | Fri 12/25/15 |
| 1269 | Risk Assessment | Mon 9/3/01 | Fri 5/25/12 |
| 1291 | Feasibility Study Report | Fri 5/24/13 | Fri 7/26/13 |
| 1296 | Remedial Action Plan/Remedial Design | Fri 3/6/15 | Mon 6/15/15 |
| 1305 | Implement Final Remedy | Tue 6/16/15 | Wed 2/3/21 |
| 1318 | Closure | Mon 7/4/11 | Tue 1/25/22 |
| 1319 | NFA for Remco-Related Wastes at Page Property | Mon 3/22/21 | Sun 6/20/21 |
| 1321 | Well Abandonment | Mon 7/4/11 | Tue 1/25/22 |



Willits Environmental Remediation Trust 2022 Budget

| Task Description | Carryover From 2021 | 1 Jan-22 | 2 Feb-22 | 3 Mar-22 | 4 Apr-22 | 5 May-22 | 6 Jun-22 | 7 Jul-22 | 8 Aug-22 | 9 Sep-22 | 10 Oct-22 | 11 Nov-22 | 12 Dec-22 | 2022 Subtotal | 2022 Budget Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TECHNICAL BUDGET** | | | | | | | | | | | | | | | |
| **General - Technical** | | | | | | | | | | | | | | | |
| **Project Management** | | | | | | | | | | | | | | | $55,000 |
| Technical Project Management | | $3,100 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $33,900 | |
| Periodic Reporting | | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $7,200 | |
| Status Conference/Hearings - Technical Support | | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $1,200 | |
| Regulatory Communications & Response to Orders | | $450 | $450 | $450 | $450 | $450 | $450 | $450 | $450 | $450 | $450 | $2,700 | $5,500 | $12,700 | |
| Misc. Direct Expenses | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Community Relations** | | | | | | | | | | | | | | | $7,200 |
| General Community Relations (incl. Hotline) | | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $2,100 | |
| Preparation of Fact Sheets, Flyers & Public Notifications | | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $1,800 | |
| Create & Maintain Doc. Depository/Admin. Record | | $275 | $275 | $275 | $275 | $275 | $275 | $275 | $275 | $275 | $275 | $275 | $275 | $3,300 | |
| City Council & DHS Site Team Meetings | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Public Meetings | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Site Inspection & Maintenance** | | | | | | | | | | | | | | | $6,900 |
| Site Inspections & Security | | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $4,500 | |
| Maintenance | | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $2,400 | |
| **Remco** | | | | | | | | | | | | | | | |
| **Periodic Monitoring and Reporting** | | | | | | | | | | | | | | | $91,800 |
| GW & Storm Water Monitoring | | $4,975 | $4,975 | $4,975 | $4,975 | $4,975 | $4,975 | $4,975 | $4,975 | $4,975 | $4,975 | $4,975 | $4,975 | $59,700 | |
| GW & SW Reporting | | $1,850 | $1,850 | $1,850 | $1,850 | $1,850 | $1,850 | $1,850 | $1,850 | $1,850 | $1,850 | $1,850 | $1,850 | $22,200 | |
| Database Management | | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $3,600 | |
| Data Validation | | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $4,200 | |
| IDR Plan Implementation | | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $2,100 | |
| Well Abandonment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,500 | $4,000 | $8,500 | $8,500 |
| **RI - Main Street** | | | | | | | | | | | | | | | $0 |
| Additional Data Collection, as necessary | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Final Remedy** | | | | | | | | | | | | | | | $84,000 |
| NFA | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| In-Situ Injections | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Pump & Treat | | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $84,000 | |
| Building Rehabilitation/Soils | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Off-Facility Investigations** | | | | | | | | | | | | | | | $0 |
| Page Property | | | | | | | | | | | | | | | |
| GW/SW Mon & Rptg | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| RI | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Final Remedy | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Other Facilities | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Technical Subtotal** | | $20,075 | $19,775 | $19,775 | $19,775 | $19,775 | $19,775 | $19,775 | $19,775 | $19,775 | $19,775 | $26,525 | $28,825 | $253,400 | $253,400 |
| **TECHNICAL CONTINGENCY (15% of Technical Costs)** | | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $4,000 | $4,300 | $38,300 | $38,300 |
| **TOTAL TECHNICAL COSTS** | | $23,075 | $22,775 | $22,775 | $22,775 | $22,775 | $22,775 | $22,775 | $22,775 | $22,775 | $22,775 | $30,525 | $33,125 | $291,700 | $7 |
| **SITE ADMINISTRATION, OVERSIGHT & INSURANCE** | | | | | | | | | | | | | | | |
| **SITE ADMINISTRATION, INSURANCE and TAXES** | | | | | | | | | | | | | | | |
| Remco Facility Utilities (No GWET Operation) | | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | $3,000 | $10,800 |
| Real Estate Taxes | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0 | $19,000 |
| **Insurance** | | | | | | | | | | | | | | | |
| CPL (good through 2/24) | | | $0.00 | | | | | | | | | | | $0 | $14,800 |
| Gen. Liability | | | $12,500.00 | | | | | | | | | | | $12,500 | |
| D&O | | | | | | | | | | $2,300 | | | | $2,300 | |
| Annual Audit | | | | | | | | $17,000 | | | | | | $17,000 | |
| Tax Return Preparation | | | | | | | | | $2,000 | | | | | $2,000 | |
| General Accounting | | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | $7,200 | |
| Miscellaneous Direct Expenses | | 50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $600 | |
| **SITE ADMINISTRATION, INSURANCE and TAXES - SUBTOTAL** | | 900.00 | 13,400.00 | $900 | $900 | $900 | $17,900 | $900 | $2,900 | $3,200 | $900 | $900 | $900 | $44,600 | |
| **TRUSTEE ADMINISTRATION** | | | | | | | | | | | | | | | |
| **Trustee Budget** | | | | | | | | | | | | | | | $29,000 |
| Project Oversight/Management | | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $27,000 | |
| NAQP Preparation & Negotiation | | $0 | 0.00 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,000 | $500 | $500 | $2,000 | |
| **Trustee Subtotal** | | $2,250 | 2,250 | $2,250 | $2,250 | $2,250 | $2,250 | $2,250 | $2,250 | $2,250 | $3,250 | $2,750 | $2,750 | $29,000 | |
| **General Counsel** | | | | | | | | | | | | | | | $29,000 |
| Financial Administration | | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000 | |
| Insurance Administration | | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $3,600 | |
| Litigation | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| General Administration | | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $18,000 | |
| Support of NAQP Preparation & Negotiation | | | | | | | | | | | $0 | $700.00 | $700.00 | $1,400 | |
| **General Counsel Subtotal** | | $2,300 | 2,300 | 2,300 | 2,300 | 2,300 | $2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 3,000 | 3,000 | $29,000 | |
| **Trustee's Remedial Counsel** | | | | | | | | | | | | | | | $6,000 |
| General Legal Advice & Settling Party communications | | 500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000 | |
| Litigation Support | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0 | |
| **Trustee's Remedial Counsel Subtotal** | | 500.00 | 500.00 | 500.00 | 500.00 | $500.00 | 500.00 | $500 | $500 | $500 | $500 | $500 | $500 | $6,000 | |
| **TOTAL TRUSTEE ADMINISTRATION** | | $5,050.00 | $5,050.00 | $5,050.00 | 5050 | $5,050 | $5,050 | $5,050 | $5,050 | $5,050 | $6,050 | $6,250 | $6,250 | $64,000 | $64,000 |
| **REGULATORY OVERSIGHT** | | | | | | | | | | | | | | | |
| **CITY OF WILLITS BUDGET** | | | | | | | | | | | | | | | $0 |
| Legal, LPA & Insurance - Fixed Fee | | $0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0 | |
| Supplemental Oversight | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **CITY OF WILLITS SUBTOTAL** | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Regulatory Agencies** | | | | | | | | | | | | | | | $15,000 |
| RWQCB /SWRCB | | $1,250 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $15,000 | |
| Mendocino County/Other Reg. Agencies | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0 | |
| **State Regulatory Agency Subtotal** | | $1,250.00 | $1,250.00 | $1,250.00 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $15,000 | |
| **TOTAL REGULATORY OVERSIGHT** | | $1,250.00 | $1,250.00 | $1,250.00 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $15,000 | $15,000 |
| **Administrative, Oversight & Insurance Contingency (0%)** | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **TOTAL SITE ADMINISTRATION, OVERSIGHT & INSURANCE** | | $7,200 | $19,700 | $7,200 | $7,200 | $7,200 | $24,200 | $7,200 | $9,200 | $9,500 | $8,200 | $8,400 | $8,400 | | $123,600 |
| **LITIGATION BUDGET** | | | | | | | | | | | | | | | $0 |
| Lloyds | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0 | |
| Avila/Arlich | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0 | |
| **LITIGATION TOTAL** | | $0 | $0 | $0 | $0 | $0 | $0.00 | $0.00 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **MONTHLY TOTAL** | $0 | $30,275 | $42,475 | $29,975 | $29,975 | $29,975 | $46,975 | $29,975 | $31,975 | $32,275 | $30,975 | $38,925 | $41,525 | $415,300 | |
| **CUMMULATIVE TOTALS** | | $30,275 | $72,750 | $102,725 | $132,700 | $162,675 | $209,650 | $239,625 | $271,600 | $303,875 | $334,850 | $373,775 | $415,300 | | |