Allison E. McAdam (SBN 226836)
Brian L. Zagon (SBN 142403)
**VAN NESS FELDMAN LLP**
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
T: (925) 282-8011
E: amcadam@vnf.com
E: bzagon@vnf.com

Attorneys for Trustee
AMF REMEDIATION CORPORATION
as sole Trustee of the WILLITS ENVIRONMENTAL
REMEDIATION TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REMCO HYDRAULICS, INC., et al. <br><br> Defendants. | Case No:  3:96-CV-00283-SI <br><br> *Assigned to Hon. Susan Illston* <br><br> **THE WILLITS ENVIRONMENTAL REMEDIATION TRUST'S STATUS REPORT** <br><br> Complaint Filed:  1/16/1996 |

This Status Report provides an update on the remediation work being overseen by the WILLITS ENVIRONMENTAL REMEDIATION TRUST (the "Willits Trust"), as requested during the Willits Trust's November 17, 2023 status conference with the Court. This Status Report follows up on the Willits Trust's Annual Report, filed with the Court on March 4, 2024 (Dkt. 827), which detailed the continuing investigation and cleanup of hazardous substances emanating from and in the vicinity of the former Remco Hydraulics Facility ("Remco"), located at 934 South Main Street in Willits, California (the "Remco Site"). The Remco Site includes the remediation and/or investigation of hazardous substances associated with Remco's operations at and emanating from four properties: 1) the former Remco manufacturing facility locate at 934 S. Main Street ("Remco Main Street Property"); 2) the property leased by Remco for gun barrel manufacturing at 475 East San Francisco Avenue ("East San Francisco Avenue Property"); 3) the property leased by Remco for the storage of materials at 266 Shell Lane ("Shell Lane Property"); and, 4) the former City of Willits Municipal Landfill, where wastes from Remco were disposed ("Page Property").

## I.     Remediation Status

The Willits Trust previously informed the Court that in 2022 the Trust obtained a "no further responsibility" determination for the Shell Lane Property and a "no further action" determination for the Page Property from the Regional Water Quality Control Board, North Coast Region ("RWQCB"). The Trust had previously received a "no further action" determination for the East San Francisco Avenue Property in 2008. As a result, the only ongoing work currently being performed by the Willits Trust is at the Remco Main Street Property. As detailed in the Willits Trust's March 4, 2024 Annual Report (Dkt. 827), on August 1, 2023, the Willits Trust requested a "no further action" determination from the RWQCB for the Remco Main Street Property. On January 18, 2024, the RWQCB issued a public notice informing the public of the RWQCB's intent to close the site and providing 30 days for the public to comment on the RWQCB's intended action. No public comments were received by the RWQCB.

On February 23, 2024, the RWQCB sent the Willits Trust a communication titled "Concurrence with Recommendation for No Further Action, and Conclusion of Public Notice of Proposed Case Closure" ("Concurrence Letter"). The Concurrence Letter indicated that the RWQCB "concur[s] with the no further action request" and will issue case closure for the Remco Main Street Property, contingent on the decommissioning of all groundwater monitoring and extraction wells and all infrastructure associated with the groundwater extraction and treatment system ("GWETS"). A copy of the RWQCB's Concurrence Letter is enclosed as **Attachment A**.

Accordingly, in 2024 the Willits Trust intends to decommission all groundwater monitoring wells, extraction wells, and other infrastructure associated with the GWETS at the Remco Main Street Property. After completion of this work, the Willits Trust will submit a report documenting this work and request that the RWQCB issue a final no further action determination for the Remco Main Street Property.

Based on the time the Willits Trust anticipates will be required to complete the work described above, <u>the Willits Trust proposes that it will submit a further status report to the Court in six months (September 2024), or sooner if it obtains a "no further action" determination from the RWQCB before then</u>.

## II.  **Finance Status**

The Willits Trust's 2024 Funding Request letter containing the Trust's estimated 2024 budget and request for funding was submitted to the Stanray QSF Trust in December 2023. The 2024 budget assumes that the RWQCB will issue a "no further action" determination for the Remco Main Street Property in 2024. The total 2024 budget was approximately $650,000, of which approximately $500,000 is for technical consultant work. Complete payment of the funding requested in the 2024 Funding Request letter was received from the Stanray QSF Trust in December 2023.

///
///
///

### III. Insurance Status

The Willits Trust's Directors & Officers insurance policy, General Liability insurance policy and Contractor's Pollution Liability policy were each renewed for another year and are currently in place. The Directors & Officers insurance policy expires in September 2024 and the General Liability insurance policy and Contractor's Pollution Liability policy each expire in February 2025.

### IV. Litigation Status

The Trust is not involved in any litigation, is not aware of any claims, and does not anticipate any future litigation.

### V. Conclusion

Subject to Court approval, the Willits Trust plans to submit a further status report to the Court in six months (September 2024), or sooner if it obtains a "no further action" determination from the RWQCB before September.

DATED: March 14, 2024                    **VAN NESS FELDMAN LLP**

By:  */s/ Allison E. McAdam*
     Allison E. McAdam
     Brian L. Zagon

     Attorneys for Trustee
     AMF REMEDIATION CORPORATION
     as sole Trustee of the WILLITS
     ENVIRONMENTAL REMEDIATION
     TRUST

# ATTACHMENT A

 

## North Coast Regional Water Quality Control Board

February 23, 2024

Anne Farr
Willits Environmental Remediation Trust
692 Russell Drive
Folsom, CA  95630
annefarr@farrassociates.com

Dear Ms. Farr:

Subject: Concurrence with Recommendation for No Further Action, and Conclusion of Public Notice of Proposed Case Closure

Site: Abex Corporation – Remco Hydraulics, 934 South Main Street, Willits, California; Case No. 1NMC256

North Coast Regional Water Quality Control Board staff reviewed the file for the Abex Corporation – Remco Hydralics facility at 934 South Main Street (Site) in Willits in response to the no further action request submitted by Trihydro on behalf of the Willits Trust on August 1, 2023, and concur with the no further action request. A public notice of the pending decision was issued on January 18, 2024, and expired on February 19, 2024. No comments were received.

Before case closure can be completed, the monitoring and extraction wells installed as part of this investigation and remediation will need to be decommissioned in accordance with the California Department of Water Resources Well Standards (DWR Bulletins 74-81 and 74-90). Please submit to this office a brief workplan (e.g., letter plan) for the destruction of the wells. You will also need to obtain the proper permit from the Mendocino County Environmental Health Department. In addition, all investigative and remedial wastes need to be removed from the site and disposed of properly, and decommissioning of all infrastructure related to the groundwater extraction system is needed. A report of well destruction, waste disposal and decommissioning of the groundwater extraction system must be submitted to this office to confirm the conclusion of site investigation and remediation activity. I look forward to the submittal of this report as soon as possible.

Abex Corporation – Remco - 2 - February 23, 2024

Please contact me if you have any questions at (707) 576-2642 or Cody.Walker@waterboards.ca.gov.

Sincerely,


Cody Walker
Engineering Geologist

240223_CSW_Remco_preclosure letter.docx

cc:   Terry James, tjames@trihydro.com
      Michael Harrison, mharrison@enviroassets.com
      Will Nalty, Mendocino County Environmental Health,
          naltyw@mendocinocounty.org